An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MELVYN P. SPROWSON, JR.,
          Appellant,
     vs.
THE STATE OF NEVADA,
          Respondent.

No. 68797

**FILED**

NOV 0 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a pretrial motion to suppress evidence. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Our initial review of this appeal revealed a jurisdictional defect. Specifically, it appeared that no statute or court rule allows a defendant to appeal from an order denying a pretrial motion to suppress evidence. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1135, 1135 (1990); NRS 177.015(2). Accordingly, on September 24, 2015, we ordered appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction.

15-33406

To date, appellant's counsel has not responded to the order to show cause. Nevertheless, having reviewed the documents filed with the notice of appeal, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Stefany Miley, District Judge
     Law Office of John J. Momot
     Melvyn P. Sprowson, Jr.
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[1]We deny as moot the motion to withdraw as counsel of record filed on September 23, 2015.

SUPREME COURT
OF
NEVADA

(O) 1947A